[No. 73204-8-I.  Division One.  August 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMAR PEELER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-13588-1, Theresa B. Doyle, J., entered March 6, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Verellen, C.J., and Leach, J.

[Nos. 73306-1-I; 73307-9-I.  Division One.  August 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. NICOLE A. SAND ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 14-1-00133-3, George F.B. Appel, J., entered March 24, 2015. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Verellen, C.J., concurred in by Leach and Spearman, JJ.

[No. 73323-1-I.  Division One.  August 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNIE JAMAAL GREER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-00978-6, Laura Gene Middaugh, J., entered March 27, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Spearman, JJ.

[No. 73325-7-I.  Division One.  August 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID D. THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 14-1-05001-9, Alan R. Hancock, J., entered February 27, 2015. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Verellen, C.J., concurred in by Leach and Spearman, JJ.